ORIGINAL

# In the United States Court of Federal Claims

| | | |
|---|---|---|
| In unity with The League of Fraudulently Dispossessed Homeowners holding Special Appearance by faith Minister Faith Lynn Brashear IN ADMIRALTY "The League's" TRUST GAURDIAN as implied ipso facto DEFACTO in law authorized agent ORDAINED FAITH LYNN BRASHEAR property of THE SOCIAL SECURITY ADMINISTRATION implied faith on behalf of THE INTERNAL REVENUE SERVICE In re: Executive Order 12/21117, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | * * * * * * * * * * * * * * * * * * * * * * * * * | **FILED** <br> JUL 1 9 2018 <br> U.S. COURT OF FEDERAL CLAIMS <br><br> No. 18-1052C <br> Filed: July 19, 2018 |

## ORDER

Before the court is plaintiff's July 16, 2018 complaint. The complaint is labeled "IN ADMIRALTY" and provides for an "Admiralty Case No." (capitalization in original). Pursuant 28 U.S.C. § 1333 (2012), district courts have exclusive original jurisdiction to hear "any civil case of admiralty or maritime jurisdiction. . . ." 28 U.S.C. § 1333(1). "If a government contract claim concerns admiralty, the United States District Courts have exclusive jurisdiction." Hunsaker v. United States, 66 Fed. Cl. 129, 132 (2005); see also Thrustmaster of Texas, Inc. v. United States, 59 Fed. Cl. 672, 673 (2004) (holding that the Contract Disputes Act preserves admiralty jurisdiction in the federal district courts for suits arising out of maritime contracts). The law is well-settled that this court does not have jurisdiction to hear claims arising in admiralty, and, as such, plaintiff's admiralty complaint is dismissed for lack of subject matter jurisdiction. Plaintiff's complaint is **DISMISSED**. The Clerk of the Court shall enter judgment consistent with this Order.

**IT IS SO ORDERED.**

_____
**MARIAN BLANK HORN**
Judge

7016 3010 0000 4308 4775